[No. 18460-9-III.    Division Three.    March 28, 2000.]

GARY J. TEAGLE, *Appellant*, v. ANTHONY F. ZAK, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Oka-
nogan County, No. 97-2-00291-7, Jack Burchard, J., entered
May 4, 1999. *Affirmed* by unpublished opinion per Brown,
J., concurred in by Kurtz, C.J., and Kato, J.


[No. 17855-2-III.    Division Three.    March 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY C.
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 98-1-00420-1, Philip M. Raekes, J., entered
September 25, 1998. *Affirmed* by unpublished opinion per
Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.


[No. 17971-1-III.    Division Three.    March 30, 2000.]

*In the Matter of the Marriage of* EVELYN DIANN GREENE,
*Respondent*, and JAMES ALBERT GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 96-3-00104-6, Michael E. Cooper, J., entered
October 1, 1998. *Affirmed* by unpublished opinion per
Kurtz, C.J., concurred in by Schultheis and Brown, JJ.


[No. 18263-1-III.    Division Three.    March 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CARY ALLEN
TANGEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 98-1-00915-8, F. James Gavin, J., entered Feb-
ruary 22, 1999. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Brown, A.C.J., and Schultheis,
J.